UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Saye Henry Gofan, Jr., | Case No. 25-CV-1892 (KMM/DTS) |
| Plaintiff, | |
| v. | ORDER |
| Sean C. Gibbs, Judge, sued in both his individual and official capacities, | |
| Defendant. | |

On May 20, 2025, the Court dismissed the Complaint filed by Plaintiff Saye Henry Gofan, Jr. Mr. Gofan filed a notice of appeal on June 2, 2025, and now seeks leave to proceed *in forma pauperis* ("IFP") on appeal. IFP App., ECF No. 12. The Court may authorize the commencement of an appeal in a civil suit without prepayment of filing fees by a person who demonstrates that he "is unable to pay such fees or give security therefor." 28 U.S.C. § 1915(a)(1). In his IFP application, Mr. Gofan demonstrates he has neither the income nor the assets to pay the appellate filing fee, and his application is therefore granted.

Dated: June 24, 2025

*s/Katherine M. Menendez*
Katherine Menendez
United States District Judge

1